OCTOBER 29, 1976

No. A–342. McCARTHY ET AL. *v.* CONTESSA ET AL., NEW YORK STATE BOARD OF ELECTIONS. Application for stay of judgment of the Court of Appeals of New York, dated October 28, 1976, presented to MR. JUSTICE MARSHALL, and by him referred to the Court, denied.

NOVEMBER 1, 1976

No. 76–287. HOWELL ET AL. *v.* DeBUSK ET AL. Affirmed on appeal from D. C. N. D. Tex.

No. 75–1886. TEXAS EX REL. VOGTSBERGER *v.* CITY OF WICHITA FALLS. Appeal from Sup. Ct. Tex. dismissed for want of jurisdiction. Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari denied.

No. 76–67. PUBLIC UTILITY DISTRICT No. 1 OF DOUGLAS COUNTY, WASHINGTON *v.* MADDEN ET UX. Appeal from C. A. 9th Cir. dismissed for want of jurisdiction. Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari denied.